UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP E. DEBLASIO,

                Plaintiff,

against

LEONARD SMITH and A. MANDERSON,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 6841 (AJN) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Honorable Alison J. Nathan granted Plaintiff leave to file an amended complaint by November 1, 2019. (ECF No. 38). Plaintiff did not file an amended complaint by the deadline. Plaintiff is **ORDERED** to show cause by **Wednesday, December 18, 2019** for his failure to comply with Judge Nathan's order. Failure to show good cause by December 18 may lead to a dismissal of Plaintiff's complaint for failure to prosecute. The Clerk of Court is respectfully directed to mail this order to the address below.

Dated: New York, New York
November 18, 2019

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail to: Philip E. DeBlasio
NYSID: 04489407Y
GREEN HAVEN
CORRECTIONAL FACILITY
594 Rt. 216
Stormville, NY 12582