

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

**DIRECT DIAL: (212) 416-8373**

February 6, 2020

**By ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *DeBlasio v. Smith*, No. 18 Civ. 6841 (AJN)(SLC)

Dear Magistrate Cave:

      This Office represents Defendants in the above-referenced action. On February 3, 2020, this Court issued a Scheduling Order for a telephone conference to be held on February 18, 2020 at 4:00 p.m. See ECF Dkt. No. 41. I write, at the behest of Green Haven Correctional Facility, to respectfully request that the telephone conference be adjourned to February 19, 2020, at any time that is convenient for the Court between 9:30 a.m. and 3:00 p.m. An adjournment is needed because, due to staffing changes that take place after 3:00 p.m., the facility is not able to accommodate a legal call after that time. In the event that February 19 is not convenient for the Court, we would propose any other date for the call, provided it can be scheduled between 9:30am and 3:00pm.

      This is the first request for an adjournment of this conference and Plaintiff's consent has not been sought because of the difficulty in prompt communications with pro se inmates. We thank the Court for its consideration.

                                                   Respectfully submitted,
                                                   /s/
                                                   Rebecca L. Johannesen
                                                   Assistant Attorney General
                                                    (212) 416-8373

# DECLARATION OF SERVICE

Rebecca L. Johannesen, pursuant to 28 U.S.C. §1746, declares under penalty of perjury as follows:

That I am over eighteen years of age and not a party to this action, and that on February 6, 2020, I served the foregoing Letter dated February 6, 2020, upon the following person:

Philip E. DeBlasio
NYSID 04489407Y
Green Haven Correctional Facility
594 Rt. 216
Stormville, New York 12582

by depositing a true and correct copy thereof, properly enclosed in a pre-paid wrapper, in a receptacle regularly maintained by United States Postal Service, directed to said person at the address within the State designated by him for that purpose in the Court's docket.

*/s/ Rebecca L. Johannesen*
Rebecca L. Johannesen
Assistant Attorney General

Executed on February 6, 2020

---

Defendants' Letter-Motion to adjourn the telephone conference (ECF No. 42) is GRANTED. The telephone conference scheduled for February 18, 2020 is adjourned to **Wednesday, February 19, 2020 at 10:00 am**. It is hereby **ORDERED** that the Warden or other official in charge of Green Haven Correctional Facility produce Plaintiff Philip E. DeBlasio, NYSID 04489407Y, on Wednesday February 19, 2020, no later than 9:45 am, to a suitable location within Green Haven Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the scheduled date and time for the conference presents a hardship, the Warden or the Warden's designee should promptly inform the Court by calling (212) 805-0214. It is further **ORDERED** that defendants' counsel must: (1) transmit this order to the Warden immediately; (2) contact Green Haven Correctional Facility to arrange the telephone call and determine the number at which Plaintiff will be reachable at the scheduled date and time; and (3) telephone chambers at (212) 805-0214 with Plaintiff on the line at the date and time of the conference. The Clerk of Court is respectfully directed to close ECF No. 42 and mail a copy of this order to the address below.

Philip E. DeBlasio
NYSID: 04489407Y
GREEN HAVEN
CORRECTIONAL FACILITY
594 Rt. 216
Stormville, NY 12582

SO-ORDERED 2/7/2020

SARAH L. CAVE
United States Magistrate Judge