USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 7 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Philip E. DeBlasio,

          Plaintiff,

–v–

Leonard Smith, et al.,

          Defendants.

18-cv-6841 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

At a conference before Magistrate Judge Cave held on February 19, 2020, Plaintiff stated "on the record multiple times that he wants to dismiss [this] case because he does not know whom to sue." *See* Dkt. No. 44; *see also generally* Dkt. No. 45. Judge Cave invited him to "seek assistance from the Pro Se Clinic, but he refused." *See* Dkt. No. 44; *see also generally* Dkt. No. 45.

The Court deems these statements a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, this action is dismissed without prejudice. This Order will be mailed to Plaintiff and that mailing will be noted on the public docket.

    SO ORDERED.

Dated: February 21, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge